## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

ANDREW ZHANG, on behalf of himself and all others
similarly situated,

       Plaintiff,

                                    Case No. 1:24-cv-9109-AS

    -against-

Jagr, LLC,

        Defendant.

-----------------------------------------------------------------------x

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT JAGR, LLC [~~PROPOSED~~] ORDER

       **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Jagr, LLC, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: April 23, 2025

                                  **HOROWITZ LAW, LLC**

                                  Uri Horowitz, Esq.
                                  14441 70th Road
                                  Flushing, NY 11367
                                  Phone: (718) 705-8706
                                  Fax: (718) 705-8705
                                  uri@horowitzlawpllc.com

                                  *Attorney for Plaintiff*

Dated: April 23, 2025

                                     _____

                                     Adi Kanlic, Esq.
                                     O'HAGAN MEYER, LLC
                                     One East Wacker Drive Suite, 3400
                                     Chicago, IL 60601
                                     Telephone: (312)-422-6114
                                     Email: Akanlic@ohaganmeyer.Com

                                     *Attorney For Defendant Jagr, LLC*

SO ORDERED:

Judge, U.S. District Court
Southern District of New York

Dated: April 24, 2025